# Commonwealth of Kentucky
# Court of Appeals

NO. 2024-CA-0292-MR

MONTEZ BENJAMIN                                                          APPELLANT


                        APPEAL FROM HICKMAN CIRCUIT COURT
v.              HONORABLE TIMOTHY A. LANGFORD, JUDGE
                            ACTION NO. 22-CR-00016


COMMONWEALTH OF KENTUCKY                                  APPELLEE

AND

NO. 2024-CA-0306-MR

MONTEZ BENJAMIN                                                          APPELLANT


                        APPEAL FROM HICKMAN CIRCUIT COURT
v.              HONORABLE TIMOTHY A. LANGFORD, JUDGE
                            ACTION NO. 22-CR-00002


COMMONWEALTH OF KENTUCKY                                  APPELLEE


ORDER
ADMINISTRATIVE ORDER

** ** ** ** ** ** ** **

This Court has considered the motion for leave to proceed in forma pauperis and the accompanying six month statement of account. Pursuant to the provisions of KRS 454.410, RAP 54, Administrative Order 2010-14, and being otherwise sufficiently advised, hereby orders that the motion be GRANTED IN PART AND DENIED IN PART.

The movant is directed to pay a $ _____ filing fee within sixty (60) days of the entry date of this order. The remainder of the required fee is waived. The copy requirements of the civil rules are waived and the movant shall be required to file only one copy of each document with this Court. However, movant is required to serve a copy of each document on each opposing party.

No action will be taken by the Court in this matter until the filing fee is paid. Failure to timely pay the filing fee shall result in failure to perfect this matter and all documents shall be stricken and returned to the movant.

ENTERED: 10/31/2025

_____
CHIEF JUDGE, COURT OF APPEALS

By:  NATASHA HAWKINS
Deputy Clerk
Kentucky Court of Appeals